# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

IN RE:

    LARRY M MCCALLISTER

    NICOLE D MCCALLISTER

                         Debtors

CASE NO: 07-30845

        (Chapter 13)

JUDGE LAWRENCE S. WALTER

---

## REPORT OF UNCLAIMED FUNDS

---

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4029241**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 89 | FLAGSTAR BANK FSB<br>5151 CORPORATE DR<br>SUITE 3-142<br>TROY, MI  48098 | 71.85 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205

Chapter 13 Trustee

131 N LUDLOW ST   SUITE 900

DAYTON, OH  45402-1161

(937)222-7600   Fax (937)222-7383

email: chapter13@dayton13.com

Dated: 8/10/2010

Certificate of Service                          07-30845

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

LARRY M MCCALLISTER
NICOLE D MCCALLISTER
4055 COZYCROFT
DAYTON, OH  45424

RUTH SLONE
BOX 3340
DAYTON, OH  45401

(85.1n)
AMERICREDIT
% ALICE WHITTEN
PO BOX 183853
ARLINGTON, TX  76096

(89.4)
CHRISTOPHER P KENNEDY
CARLISLE MCNELLIE RINI KRAMER
24755 CHAGRIN BLVD STE 200
CLEVELAND, OH  44122

(89.1)
FLAGSTAR BANK FSB
5151 CORPORATE DR
SUITE 3-142
TROY, MI  48098

(87.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner          sv